Ethel Dowling et al., Appellees, v. Arthur E. Sangdahl and W. Forrest Ogle, Appellants.

Gen. No. 42,824.

Heard in the second division, first district, this court at the October term, 1943; opinion filed March 8, 1944; rehearing denied March 22, 1944. Harry S. Ditchburne, for appellants; Edward G. Berglund and Benjamin F. Morrison, for appellees. Opinion by Presiding Justice Friend. Not to be published in full.